| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | Telephone: (510) 763-9967 |
| | Facsimile: (510) 272-0711 |
| 4 | |
| | Attorney for Defendant |
| 5 | JOHN LEE HUDSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. **11-0515-EMC** |
| Plaintiff, | |
| vs. | **STIPULATION AND [P~~ROPOS~~ED] ORDER RE-SETTING STATUS CONFERENCE AND DOCUMENTING EXCLUSION OF TIME** _____ |
| JOHN LEE HUDSON | |
| Defendant | |
| _____ / | |

Randy Sue Pollock, counsel for John Lee Hudson, and Damali A.Taylor, Assistant United States Attorney , hereby stipulate to continue the pretrial conference presently set for December 14, 2011 to January 25, 2012 at 2:30 p.m. This continuance is based on defense counsel's need for additional time to review the 1500 text messages which were provided in discovery.

Based on these facts, the parties believe that the public interest in the prompt disposition of criminal cases, continuing the status conference from December 14, 2011 to January 25, 2012 is necessary for effective preparation of counsel as well as continuity of counsel. 18 U.S.C. Section 3161(h)(7)(B)(iv).

1     Given these circumstances, the Court shall find that the ends of justice served by
2 excluding the period of time from December 14, 2011 to January 25, 2012 outweigh the
3 best interest of the public and the defendant in a speed trial. 18 U.S.C. Section
4 3161(h)(7)(A).
5     Accordingly, and with the consent of the defendant, the Court orders that the
6 period from December 14, 2011 to January 25, 2012 be excluded from Speedy Trial
7 calculations under 18 U.S.C. Sections 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Date: December 10, 2011     _____/s/_____
                                            RANDY SUE POLLOCK
                                            Counsel for Defendant
                                            John Lee Hudson

Date: December 10, 2011     _____/s/_____
                                            DAMALI A.TAYLOR
                                            Assistant United States Attorney

SO ORDERED:
Date: December\_\_12\_, 2011



                                            EDWARD M. CHEN
                                            United States District Judge