RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
JOHN LEE HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN LEE HUDSON

    Defendant
_____/

CR. **11-0515-EMC**

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DOCUMENTING EXCLUSION OF TIME**

    Randy Sue Pollock, counsel for John Lee Hudson, and Damali A. Taylor, Assistant United States Attorney, hereby stipulate to continue the ~~pretrial~~ status conference presently set for January 25, 2012 at 2:30 p.m to February 15, 2012 at 2:30 p.m.. Counsel needs additional time to discuss a disposition with the government as well as to meet and confer with her client regarding the discovery in this case. Defense counsel will be out of the country from February 2-7.

///

///

///

///

Based on these facts, the parties believe that the public interest in the prompt disposition of criminal cases, continuing the status conference from January 25, 2012 to February 15, 2012 is necessary for effective preparation of counsel as well as continuity of counsel. 18 U.S.C. Section 3161(h)(7)(B)(iv).

Given these circumstances, the Court shall find that the ends of justice served by excluding the period of time from January 25, 2012 to February 15, 2012 outweigh the best interest of the public and the defendant in a speed trial. 18 U.S.C. Section 3161(h)(7)(A).

Accordingly, and with the consent of the defendant, the Court orders that the period from January 25, 2012 to February 15, 2012 be excluded from Speedy Trial calculations under 18 U.S.C. Sections 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Date: January 17, 2012            _____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
John Lee Hudson

Date: January 17, 2012            _____/s/_____
DAMALI A.TAYLOR
Assistant United States Attorney

SO ORDERED:

Date: January 24, 2012



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA