| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | Telephone: (510) 763-9967 |
| | Facsimile: (510) 272-0711 |
| 4 | |
| | Attorney for Defendant |
| 5 | JOHN LEE HUDSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. **11-0515-EMC** |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [P~~ROP~~OSED] ORDER CONTINUING STATUS CONFERENCE AND DOCUMENTING EXCLUSION OF TIME** |
| JOHN LEE HUDSON | ) | |
| Defendant | ) | |

Randy Sue Pollock, counsel for John Lee Hudson, and Damali A. Taylor, Assistant United States Attorney, hereby stipulate to continue the date for change of plea that is presently set for April 4, 2012 at 2:30 p.m to May 2, 2012 at 2:30 p.m.. Counsel needs additional time to discuss a disposition with the government as well as to meet and confer with her client regarding the discovery in this case. Defense counsel will be out of the office from April 25, 2012 to April 29th.

///

///

///

///

Based on these facts, the parties believe that the public interest in the prompt disposition of criminal cases, continuing the status conference from April 4, 2012 to May ~~2~~ 9, 2012 is necessary for effective preparation of counsel as well as continuity of counsel. 18 U.S.C. Section 3161(h)(7)(B)(iv).

SO STIPULATED.

Date: April 1, 2012 _____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
John Lee Hudson

Date: April 1, 2012 _____/s/_____
DAMALI A. TAYLOR
Assistant United States Attorney

SO ORDERED: Hearing changed to 5/9/12.
Date: April \_3\_, 2012
_____
EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2