RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
JOHN LEE HUDSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOHN LEE HUDSON

          Defendant

_____/

CR. **11-0515-EMC**

**STIPULATION AND [PROPOSED]
ORDER CONTINUING
SENTENCING**
_____

      Randy Sue Pollock, counsel for John Lee Hudson, and Damali A.Taylor, Assistant United States Attorney , hereby stipulate to continue the date for sentencing from August 29, 2012 to October 3, 2012 at 2:30 p.m.   Mr. Hudson's wife cannot be present at the previously set court date and U.S. Probation Officer Sara Black will be on vacation until September 17th.

///

///

///

///

Mr. Hudson will remain on Pretrial Supervision. He is in full compliance with the conditions of his supervision and the parties have no objection to this date.

Date: June 14, 2012                                    _____/s/_____

                                                       RANDY SUE POLLOCK
                                                       Counsel for Defendant
                                                       John Lee Hudson


Date: June l4, 2012                                    _____/s/_____

                                                       DAMALI A.TAYLOR
                                                       Assistant United States Attorney


SO ORDERED:

Date: June ___18___ 2012

IT IS SO ORDERED

Judge Edward M. Chen