RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
JOHN LEE HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. **11-0515-EMC** |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE SENTENCING MEMORANDUM** |
| JOHN LEE HUDSON, | **_____** |
| Defendant. | |
| _____/ | |

Randy Sue Pollock, counsel for John Lee Hudson, and Damali A. Taylor, Assistant United States Attorney, hereby stipulate to extend the date for the defense to file her sentencing memorandum from September 26th to September 27th. Counsel did not receive the final PSR until September 19th and she will be out of the office on September 26th due to the Jewish holiday. She is unable to complete and file the report prior to this date.

Date: September 24, 2012 _____/s/_____

RANDY SUE POLLOCK
Counsel for Defendant
John Lee Hudson

Date: September 24, 2012 _____/s/_____
DAMALI A. TAYLOR
Assistant United States Attorney

Stipulation and Proposed Order Extending Date to File Sentencing Memorandum

SO ORDERED:

Date: September __, 2012    26



EDWARD M. ~~CHEN~~ ~~Court~~ Judge

IT IS SO ORDERED

Judge Edward M. Chen