RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
JOHN LEE HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 11-0515-EMC |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT EXTENSION OF DATE FOR SURRENDER TO SERVE SENTENCE** ; ORDER |
| JOHN LEE HUDSON | |
| Defendant | |

Randy Sue Pollock, counsel for John Lee Hudson, hereby moves to permit defendant JOHN LEE HUDSON to extend his date for self-surrender to the Cornell Correctional Center in San Francisco from December 3, 2012 to January 7, 2013. This extension is due to the fact that the Hudson's are moving from their home on December 17th and Mrs. Hudson needs her husband's assistance in completing the move to a new house. This will also permit him to spend the holidays with his daughter and his wife.

///
///
///
///

Assistant United States Attorney Barbara Silano and Silvio Lugo from the Office of Pretrial Services have no objection to this extension.

SO STIPULATED.

Date: November 29, 2012 _____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
John Lee Hudson

Date: November 29, 2012 _____/s/_____
BARBARA SILANO
Assistant United States Attorney

SO ORDERED:
Date: 11/29, 2012
_____
EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen